# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re ) | | Case No. 19-41932 |
| ) | | |
| REBECCA DIVIRGILIO ) | | Chapter 13 |
| ) | | |
| Debtor. ) | | |
| _____) | | |

## DEBTOR'S MOTION FOR AUTHORITY TO MODIFY LOAN ON PROPERTY LOCATED AT 209 GORWIN DRIVE, HOLLISTON MA

To the Honorable Christopher J. Panos, United States Bankruptcy Judge:

Now comes the Debtor, Rebecca DiVirgilio, and respectfully requests this Honorable Court for authority to modify secured debt and further states as follows:

1. The Debtor filed for protection under the United States Bankruptcy Code on December 11, 2019.

2. There is a mortgage to SN Servicing Corporation in the approximate amount of $167,006.53 on the property located at 209 Gorwin Drive, Holliston Massachusetts.

3. The Debtor wishes to modify her loan on her property located at 209 Gorwin Drive, Holliston Massachusetts to a reduced interest rate.

4. The Debtor and SN Servicing Corporation wish to enter into the following mortgage agreement:

    a. The Debtor shall grant a modified mortgage to Lender on her property located 209 Gorwin Drive, Holliston Massachusetts
    b. The Lender agrees to extend credit to the Debtor to modify his mortgage to a rate in the amount of ($185,000.00) dollars with decreased interest at the rate of 4% payable in 360 consecutive monthly payments (see Exhibit A attached hereto).

5. Loan proceeds shall be distributed as follows:
    a. Modify the mortgage to SN Servicing Corporation on the property 209 Gorwin Drive, Holliston Massachusetts.

6. Debtor shall file an Amended Plan and Schedules reflecting the loan modification upon approval of this Motion.

Wherefore the Debtor respectfully requests that the Court:

1. Authorize the Debtor to modify the secured debt under the terms and conditions set forth wherein,
2. Authorize the Debtor to execute such other documents and instruments as may be necessary or practical to the purpose hereof.
3. Grant such other and further relief as in just and proper.

Respectfully submitted,
Rebecca DiVirgilio
by her attorney,

Dated: April 9, 2021

/s/ Lamya A. Forghany
Forghany Law P.C.
85 Essex Street
3rd Floor
Haverhill MA 01832
(978) 258-0384
BBO# 675168

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this 9th day of April, 2021, I did serve a copy of the Debtor's Motion by mailing copies of the same by first-class mail, postage prepaid, or electronically, to the parties indicated on the attached Notice List.

/s/ Lamya A. Forghany
Forghany Law P.C.
85 Essex Street
3rd Floor
Haverhill MA 01832
(978) 258-0384
BBO# 675168

**Bendett & McHugh**
**270 Farmington Ave. Suite 151**
**Farmington, CT 06032**

**Cavalry Portfolio Service, LLC**
**500 Summit Lake Drive**
**Suite 400**
**Valhalla, NY 10595**

**Cavalry Portfolio Services, LLC**
**AAO Cavalry SPV I**
**500 Summit Lake Drive**
**Suite 400**
**Valhalla, NY 10595**

**Demerle Hoeger LLP**
**10 City Square**
**4th Floor**
**Charlestown, MA 02129**

**Dmi/santander Bank Na**
**1 Corporate Dr**
**Lake Zurich, IL 60047**

**Merrick Bank**
**Resurgent Capital Services**
**PO Box 10368**
**Greenville, SC 29603**

**US Bank Trust NA**
**SN Servicing Corporation**
**323 5th Street**
**Eureka, CA 95501**

**Verizon by American InfoSource**
**as agent**
**4515 N. Santa Fe Ave**
**Oklahoma City, OK 73118**